IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HAMILTON, | No. C 11-6411 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CALIFORNIA TRAINING FACILITY MEDICAL CENTER; RANDY GROUNDS; GOVERNOR BROWN, | |
| Defendants. | |

On December 19, 2011, plaintiff, a prisoner of the State of California, filed a motion for appointment of counsel, but he had no pending case. The Clerk, construing the motion as an attempt to file a civil rights action, notified him the same day that he had not filed a complaint, and that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notice, the clerk mailed to plaintiff the court's civil rights complaint form, IFP forms, instructions for completing the forms, and a stamped return envelope. In the notices, plaintiff was informed that the case would be dismissed if he did not file a complaint and either pay the fee or file a completed IFP application within thirty days. No response from plaintiff has been received.

//

Accordingly, this case is **DISMISSED** without prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: January __27__, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\HAMILTON6411.DFP.wpd

2